# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RONALD J. COLLINS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF COLTON; ET AL.<br><br>Defendants.<br><br>AND RELATED CASES.<br><br>This Document Relates to Both Case Nos. 5:15-CV-02470-CAS(KKx) and 5:15-cv-01771-CAS(KKx) | Master File No.<br>5:15-cv-01771-CAS(KKx);<br>c/w 5:15-CV-02470-CAS(KKx)<br><br>**[PROPOSED]** **JUDGMENT**<br><br>*Judge: Hon. Christina A. Snyder*<br><br>Trial Date:    May 30, 2017 |

## **JUDGMENT**

    This action came on for hearing before the Court, on March 27, 2017, Hon. Christina A. Snyder, District Judge Presiding, on Defendant Scott Chadwick's Motion for Summary Judgment, and Defendants City of Colton's and Detective Morenberg's Motion for Summary Judgment. The evidence presented having been

226817.1

fully considered, the issues having been duly heard and a decision having been duly rendered on both Motions, **IT IS ORDERED AND ADJUDGED** that the plaintiff Ronald J. Collins take nothing, that the action be dismissed on the merits and that defendants Scott Chadwick, City of Colton, and Detective Morenberg recover their costs.

DATED: April 11, 2017

_Christina A. Snyder_

Hon. Christina A. Snyder

226817.1

2

JUDGMENT